JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH MENDOZA,<br><br>        Petitioner,<br><br>   v.<br><br>RAYMOND MADDEN, Warden,<br><br>        Respondent. | Case No. 5:18-cv-01594-CAS-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied.

DATED: May 29, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE